IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL L. FERGUSON, MYRL C. JEFFCOAT and DEBORAH SMITH, individually and as representatives of a class of similarly situated plan participants and beneficiaries, and on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN, <br><br> Plaintiffs, <br> v. <br><br> ROBERT D. GOLDFARB <br><br> Defendant. | Civil Action No. 1:20-cv-07092 <br><br><br><br><br><br><br><br><br><br><br><br> January 12, 2021 |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR RELATED RELIEF**

Plaintiffs, Michael L. Ferguson, Myrl C. Jeffcoat and Deborah Smith ("Plaintiffs"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement and related relief. For the reasons stated in the accompanying Memorandum of Law, Plaintiffs respectfully submit that preliminary approval of the parties' proposed Class Action Settlement Agreement and Release with Defendant, Robert D. Goldfarb ("Goldfarb" or "Defendant"), dated January 8, 2021 [Dkt. 6-7] should be granted.

Dated: January 12, 2021                    Respectfully submitted,

                                                         SHEPHERD, FINKELMAN,
                                                           MILLER & SHAH, LLP

                                                       /s/ Laurie Rubinow
                                                       James E. Miller
                                                       Laurie Rubinow (Bar No. LR-6637)
                                                       65 Main Street
                                                       Chester, CT 06412
                                                       Telephone: (860) 526-1100
                                                       Facsimile: (866) 300-7367
                                                       Email: jmiller@sfmslaw.com
                                                                  lrubinow@sfmslaw.com

                                                       Heidi A. Wendel
                                                       SHEPHERD, FINKELMAN, MILLER
                                                         & SHAH, LLP
                                                       52 Duane Street, 7th Floor
                                                       New York, NY 10007
                                                       Telephone: (212) 419-0156
                                                       Facsimile: (866) 300-7367
                                                       Email: hwendel@sfmslaw.com

                                                       Nathan C. Zipperian
                                                       SHEPHERD, FINKELMAN, MILLER
                                                         & SHAH, LLP
                                                       1625 N. Commerce Parkway, Suite 320
                                                       Fort Lauderdale, FL 33326
                                                       Telephone: (954) 515-0123
                                                       Facsimile: (866) 300-7367
                                                       Email: nzipperian@sfmslaw.com

                                                       Ronald S. Kravitz
                                                       Kolin C. Tang
                                                       SHEPHERD, FINKELMAN, MILLER
                                                         & SHAH, LLP
                                                       201 Filbert Street, Suite 201
                                                       San Francisco, CA 94111
                                                       Telephone: (415) 429-5272
                                                       Facsimile: (866) 300-7367
                                                       Email: rkravitz@sfmslaw.com
                                                                  ktang@sfmslaw.com

James C. Shah
Alec J. Berin
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com
        aberin@sfmslaw.com

Monique Olivier
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Email:
monique@osclegal.com

*Attorneys for Plaintiffs and the Proposed Class*