USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 30, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

**MICHAEL L. FERGUSON ET AL,**

                         **Plaintiffs,**

          -against-

**ROBERT D. GOLDFARB ,**

                         **Defendant.**

20-cv-7092 (ALC)

**ORDER**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to the memorandum and order in 17-cv-6685, ECF No. 311, the motion for preliminary approval of the class action settlement is denied. ECF No. 8.

**SO ORDERED.**

**Dated**:  August 30, 2021
            New York, New York

                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**

1