USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 18, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MICHAEL L. FERGUSON ET AL.,**<br><br>　　　　　　　　　　**Plaintiffs,**<br><br>-against-<br><br>**RUANE CUNIFF & GOLDFARB INC. ET AL.,**<br><br>　　　　　　　　　　**Defendants.** | **17-cv-6685 (ALC)** |
| **MICHAEL L. FERGUSON ET AL.,**<br><br>　　　　　　　　　　**PLAINTIFFS,**<br><br>-AGAINST-<br><br>**GOLDFARB,**<br><br>　　　　　　　　　　**Defendant.** | **20-cv-07092 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court is in receipt of the parties' letters filed over the past week advising the Court of the settlement negotiations and the proceedings in the Western District of Missouri. *See* ECF Nos. 436, 437, 438, 439. The Court is also in receipt of the Arbitration Claimants' pending motion to decertify, ECF Nos. 433-434, and the parties' letter motions for an extension of time to file a response to this motion. ECF Nos. 440-441.

　　The Plaintiffs' request for a status conference is hereby **GRANTED**.[1] The Court will hold a telephonic status conference on **Monday April 24, 2023 at 12:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

---

[1] The Court will also enter an order **GRANTING** the pending request for a joint status conference in the related action *Su v. Ruane, Cunniff & Goldfarb, Inc. et al.*, No. 19-cv-09302-ALC-BCM.

2

The parties' letter motions for an extension of time to file a response to the Arbitration Claimants' motion are hereby **GRANTED**. ECF Nos. 440-441. Responses are due **May 3, 2023**. The Court will consider the Plaintiffs' request for a stay, ECF No. 438, at the status conference.

**SO ORDERED.**

**Dated:  April 18, 2023**
         New York, New York

                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge