```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 25, 2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL L. FERGUSON ET AL.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>RUANE CUNIFF & GOLDFARB INC. ET AL.,<br><br>　　　　　　　　　　Defendants. | 17-cv-6685 (ALC) |
| MICHAEL L. FERGUSON ET AL.,<br><br>　　　　　　　　　　PLAINTIFFS,<br><br>-AGAINST-<br><br>GOLDFARB,<br><br>　　　　　　　　　　Defendant. | 20-cv-07092 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　As discussed in the conference held on April 24, 2023, the parties are hereby **ORDERED** to meet and confer and submit a Joint Status Report on or by **May 3, 2023** advising the Court on next steps in this case and related actions. The deadline to respond to the Arbitration Claimants' pending motion to decertify, ECF Nos. 433-434, is hereby held in abeyance.

**SO ORDERED.**

**Dated: April 25, 2023**
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　_/s/ Andrew L. Carter_
　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**