USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 22, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL L. FERGUSON ET AL.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>RUANE CUNIFF & GOLDFARB INC. ET AL.,<br><br>                    Defendants. | 17-cv-6685 (ALC) |
| MICHAEL L. FERGUSON ET AL.,<br><br>                    PLAINTIFFS,<br><br>-AGAINST-<br><br>GOLDFARB,<br><br>                    Defendant. | 20-cv-07092 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

   The Court is in receipt of the parties' joint status report. ECF No. 451. The Court will maintain the stay of all deadlines until **May 26, 2023**. The parties are **ORDERED** to file a joint status report by **May 26, 2023**.

**SO ORDERED.**

**Dated:  May 22, 2023**
             New York, New York

_____
             **ANDREW L. CARTER, JR.**
             **United States District Judge**