UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL L. FERGUSON ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> RUANE CUNIFF & GOLDFARB INC. ET AL., <br><br> Defendants. | 17-cv-6685 (ALC) |
| MICHAEL L. FERGUSON ET AL., <br><br> PLAINTIFFS, <br><br> -AGAINST- <br><br> GOLDFARB, <br><br> Defendant. | 20-cv-07092 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report. ECF No. 453. The Court will maintain the stay of all deadlines until **June 2, 2023**. The parties are **ORDERED** to file a joint status report by **June 2, 2023**.

**SO ORDERED.**

Dated: May 30, 2023
       New York, New York

ANDREW L. CARTER, JR.
United States District Judge