MEMO ENDORSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL L. FERGUSON, MYRL C. JEFFCOAT and DEBORAH SMITH, individually and as representatives of a class of similarly situated plan participants and beneficiaries, and on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT D. GOLDFARB,<br><br>Defendant. | Case No. 1:20-cv-07092-ALC-BCM<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 6/23/2023<br><br>**PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY** |

Pursuant to Local Civil Rule 1.4 of the United States Courts for the Southern and Eastern Districts of New York, for the reasons stated in the attached declaration, and subject to the approval of the Court, I, Natasha S. Fedder of Scale LLP, hereby withdraw as attorney of record for Ruane, Cunniff & Goldfarb, Inc.  Cohen & Gresser, LLP remains as counsel for Ruane, Cunniff & Goldfarb, Inc. in this case.

Dated:  June 12, 2023
       New York, New York

*/s/ Natasha S. Fedder*
Natasha S. Fedder
**SCALE LLP**
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 735-5933
Email: nfedder@scalefirm.com

**SO ORDERED:**

Dated: 6/23/2023

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE